## No. 4682.

### F. F. KING vs. J. F. DITTRICH.

The evidence shows that defendant caused the arrest and imprisonment of plaintiff, without showing probable cause. Malice is presumed.

APPEAL from the Sixth District Court, parish of Orleans. *Saucier, J. Thomas J. Cooley, J. Drouet,* and *J. H. Ferguson,* for plaintiff and appellee. *Braughn & Buck* and *W. B. Koontz,* for defendant and appellant.

WYLY, J. Defendant appeals from the judgment against him for one thousand dollars damages for malicious arrest and imprisonment of plaintiff. The evidence shows that defendant caused the arrest and imprisonment of plaintiff, without showing probable cause. Malice is presumed. 24 An. 330.

We think the judgment is correct.

Judgment affirmed.

Rehearing refused.